NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DIVISION 9 SERVICES, LLC, )
)
      Petitioner, )
)
v. )
) Case No. 2D19-277
WILLIAM SHIRE, PHILIP EMERT, D9 )
SERVICES, LLC, and RICHARD W. )
WOIKE, )
)
      Respondent. )
_____ )

Opinion filed November 1, 2019.

Appeal from the Circuit Court for
Hillsborough County; Steven Scott
Stephens, Judge.

Jason Sampson of Venerable Law, LLP,
Tampa, for Petitioner.

Theodore J. Hamilton of Wetherington
Hamilton, P.A., Tampa, for Respondents
William Shire and Philip Emert.

No appearance for Respondent Richard W.
Woike.


PER CURIAM.

      Denied.


KHOUZAM, C.J., and VILLANTI and SLEET, JJ., Concur.